Plaintiff's Counsel
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (Fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Marionette Bryant, vs. Pfizer, Inc.*<br>*MDL No. 06-07646* | ] Case No. M:05-CV-01699-CRB<br>]<br>] MDL NO. 1699<br>]<br>] **STIPULATION AND ORDER OF**<br>] **DISMISSAL WITH PREJUDICE**<br>]<br>]<br>]<br>]<br>] |

Comes now the Plaintiff, Marionette Bryant and Defendant, Pfizer, Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiff's action with each side bearing its own attorneys' fees and costs.

Dated: **March 15** 2009          By: _/s/_  
Daryl D. Parks  
Parks & Crump LLC  
240 North Magnolia Drive  
Tallahassee, Florida 32301  
(850) 222-3333  
(850) 224-6679 (fax)  
Email: dparks@parkscrump.com  

Counsel for Plaintiff.

Dated: **May 11** 2009          By: _/s/_  
Michelle W. Sadowsky  
DLA PIPER US LLP  
1251 Avenue of the Americas  
New York, New York 10020-1104  
(212) 335-4625  
(212) 884-8675 (fax)  

Counsel for Defendant, Pfizer, Inc.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **May 13,** 2009          By: _/s/_  
United States District Court

*IT IS SO ORDERED — Judge Charles R. Breyer (seal: United States District Court, Northern District of California)*